UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

       -against-                                            23-MJ-06125 (UA)-1

TYRELL HINES,                                                   **ORDER**

                        Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

     A status conference with the Defendant and defense counsel is scheduled for Thursday, September 28, 2023, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

                                                         _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:       August 28, 2023
                 New York, New York