UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

TYRELL HINES,

              Defendant.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/2023

23-MJ-06125 (UA)-1

<u>ORDER</u>

**SARAH NETBURN, United States Magistrate Judge**:

    Due to a conflict in the Court's calendar, the status conference scheduled for Thursday, September 28, 2023, is RESCHEDULED for Wednesday, September 27, 2023 at 10:30 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED.**

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:    September 20, 2023
               New York, New York