```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-                                23-MJ-06125 (UA)-1

TYRELL HINES,                                               <u>ORDER</u>

                 Defendant.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       A status conference with the Defendant and defense counsel is scheduled for Friday, October 27, 2023, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED**.

                                                                                   SARAH NETBURN
                                                                                    United States Magistrate Judge

DATED:       September 29, 2023
                  New York, New York