USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

-against-

TYRELL HINES,

                    Defendant.

-----------------------------------------------------------------X

23-MJ-06125 (UA)-1

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    The status conference scheduled for today at 3:00 p.m. is rescheduled for December 6, 2023 at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Government is invited but need not attend this conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 27, 2023
                 New York, New York