```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

        -against-

TYRELL HINES,

        Defendant.

------------------------------------------------------------X

23-MJ-06125 (UA)-1

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

The status conference scheduled for December 6, 2023, at 2:00 p.m. is adjourned. Defense counsel is directed to submit a status letter by December 14, 2023. The Court wishes Mr. Hines a speedy and full recovery.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 30, 2023
                New York, New York