USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**THE UNITED STATES OF AMERICA,**

        -against-　　　　　　　　　　　　　　　　23-MJ-06125 (UA)-1

**TYRELL HINES,**　　　　　　　　　　　　　　　　　　　**ORDER**

        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    Defense counsel is directed to submit a status letter by January 16, 2024. The Court wishes Mr. Hines a speedy and full recovery.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:　　December 19, 2023
　　　　　　New York, New York